UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID V. GARRISON, | Case No.: 05-1489-JPD |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING RETURN OF SUMMONS |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff's Application to Proceed *In Forma Pauperis*, Dkt. No. 1, is GRANTED. Plaintiff does not appear to have funds available to afford the $250.00 filing fee.

(1)    The Clerk is directed to send a copy of this Order to plaintiff's counsel, and to issue summonses to plaintiff's counsel to enable proper service of the complaint on the appropriate parties. **Plaintiff shall note that it is her/his and/or her/his attorney's responsibility to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

(2)    The Clerk is directed to send to plaintiff's counsel a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

DATED this 2nd day of September, 2005.

*James P. Donohue*
—————————————
JAMES P. DONOHUE
United States Magistrate Judge